WILLIAM H. BOYD V. ANNIE E. MAINS.

FILED SEPTEMBER 22, 1897. No. 7433.

Review: ASSIGNMENTS OF ERROR. An assignment in a petition in error "errors of law occurring at the trial" presents nothing to this court for review.

ERROR from the district court of Pierce county. Tried below before ROBINSON, J. *Affirmed.*

*B. B. Willey* and *C. B. Willey*, for plaintiff in error.

*Campbell & Wallis*, contra.

RAGAN, C.

This is an error proceeding to review a decree in equity of the district court of Pierce county.

1. We notice only two assignments in the petition in error. The first is that the decree of the court is not sustained by sufficient evidence. We have carefully examined the evidence, and, without setting it or any part of it out here, it must suffice to say that it amply sustains the decree.

2. A second assignment of error is "errors of law occurring at the trial." Such an assignment as this presents no question to this court for review. (See *Fremont, E. & M. V. R. Co. v. Root*, 49 Neb., 900, and cases there cited.) The judgment of the district court is

AFFIRMED.

HARRISON, J., not sitting.